Mark J. Healey
24625 Knox Road
Marshall, MO 65340-9552
660-886-6538
Email: mjh345@hotmail.com

June 23, 2015



FILED IN COURT OF APPEALS
12th Court of Appeals District

JUN 25 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

Cathy Lusk
Clerk of the Court
12th Court of Appeals
1517 W Front St. #354
Tyler, TX 75702

Re: No. 12-15-00047-CV, Mark J. Healey vs. Edwin N. Healey

Dear Ms. Lusk:

Please find enclosed Motion To Extend Time To File Appellant's Brief along with one copy and my money order in the amount of $10.00 for filing fees.

Please file the original and return a conformed copy along with a copy of the Clerk's Record and Reporter's record. You may send it to

Mark Healey
c/o Steve Stark
110 E. Corsicana St.
Athens, TX 75751

The Fed Ex Account Number is 1664-9400-1.

If you need any further information or have questions, please do not hesitate to contact my office.

Sincerely,

Mark J. Healey

Mark J. Healey

Enclosures

Cause No. 12-00047-CV
IN THE COURT OF APPEALS
FOR THE TWELFTH JUDICIAL DISTRICT
TYLER, TEXAS


FILED IN COURT OF APPEALS
12th Court of Appeals District

JUN 25 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

MARK J. HEALEY
APPELLANT

V.

EDWIN N. HEALEY
APPELLEE

------------------------------------------------------------------------

*On Appeal from Cause No. 2014c-0638*
*From the 3rd District Court, Henderson County, Texas*
*Honorable Mark Calhoon, Judge Presiding*

------------------------------------------------------------------------

### MOTION TO EXTEND TIME FOR FILING APPELLANT'S BRIEF

==========================================================================

TO THE HONORABLE JUDGE OF SAID COURT:

I.

Appellant is Mark J. Healey.   Appellee is Edwin N. Healey.

II.

The 12th Court of Appeals has received the Clerk's Record and the Reporter's Record.  Appellant's brief normally would be due June 22, 2015.

III.

Appellant Mark J. Healey, requests an extension of 60 days to prepare appellant's brief because (1) his work schedule has not allowed for proper attention to this task, and (2) his inability to date to obtain an attorney to represent him in this appeal.  I have

spoken with an attorney that is considering representing me in this appeal and who has requested the Clerk's records and Reporter's record for review.

IV.

No prior extensions of time for Appellant's Brief have been requested or granted.

WHEREFORE premises considered, Appellant requests that the time to file the Appellant's brief in the above cause be extended to and include a 60 day extension of time.

Respectfully submitted,

Mark J. Healey

Mark J. Healey
24625 Knox Road
Marshall, MO 65340-9552
660-886-6538
Email: mjh345@hotmail.com

# CERTIFICATE OF SERVICE

I certify that on June ⟨23⟩, 2015 a true and correct copy of Mark J. Healey's Notice of Appeal was served on all parties or counsel of record in accordance with rules.

Koy R. Killen                    Via Fax:  817-447-0052
104 South Main Street
Burleson, Texas  76028

Steve Stark
110 E. Corsicana
Athens, Texas  75751

Paul C. Healey
3309 Heather Hill
Garland, Texas  75044

_____
Mark J. Healey